1052

No. 12–6581. FREEMAN v. KADIEN, SUPERINTENDENT, GOWANDA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–6583. HOPKINS v. SPRINGFIELD HOUSING AUTHORITY. C. A. 7th Cir. Certiorari denied.

No. 12–6585. FINE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–6586. BAUL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–6591. HOUSTON v. PERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6593. DOBRIC v. PARK LANE NORTH OWNER, INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 12–6599. OWENGA v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 12–6611. RODRIGUEZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–6622. DISHAROON ET AL. v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 12–6636. MANN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6675. SALCEDA v. SALAZAR, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6681. GOROSPE v. TIBBALS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6695. SANDS v. GEORGIA. Super. Ct. Troup County, Ga. Certiorari denied.

No. 12–6709. CHAMBERLAIN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.